In the Matter of the Assignment of GEORGE THORN to DAVID K. SCHUSTER for the Benefit of Creditors.

[SPECIAL TERM.]

(Decided January 22d, 1881.)

Proceedings taken by creditors and other interested parties under the assignment acts are special proceedings. The provisions of section 779 of the Code apply to them. An application by a creditor for a citation to an assignee is a motion, and motion costs may be granted thereon, and a subsequent application by the same party will be stayed until the costs of the former application are paid.

APPLICATION for a citation to an assignee under a general assignment for the benefit of creditors to account.

The application was made by Joseph Reiss, a creditor of the assignor. A previous application by him had been denied, with costs, which remained unpaid.

J. F. DALY, J.—The proceedings of this petitioner, Joseph Reiss, creditor, are stayed until the costs of his former petition are paid. The provisions of section 779 of the Code apply to applications under the Insolvent Assignment Act. Proceedings taken by creditors and other interested parties for the enforcement or protection of their rights under insolvent assignments are special proceedings (Code, §§ 3333, 3334, 3343, subd. 20). An application by a creditor for an order directing a citation to issue and compelling the assignee to account is a motion (Code §§ 767, 768). Motion costs may be allowed on granting or refusing the application (§ 3240). When motion costs are not paid, the proceedings of the party are stayed (§ 779). This application is therefore dismissed, with ten dollars costs.

Application dismissed, with costs.